IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANTING ZHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-01430 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the joint discovery letter brief and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 11/29/2012

                                      CLAUDIA WILKEN<br>                                      United States District Judge

cc:  MagRef; Assigned M/J w/mo.