IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANTING ZHANG, | No. C 12-01430 CW |
|     Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | |
|     Defendants. | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the joint discovery letter brief and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 11/29/2012

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; Assigned M/J w/mo.