IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANTING ZHANG, | No. C 12-1430 CW |
| Plaintiff, | ORDER DENYING EX PARTE APPLICATION |
| v. | (Docket No. 27) |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

Plaintiff's ex parte application to move the hearing date on the motion for summary judgment is DENIED. (docket no. 27). The hearing must be 90 days before trial, so that the motion for summary judgment can be ruled on before the pretrial papers are due.

Dated: 2/20/2013

CLAUDIA WILKEN
United States District Judge